## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v**                                                    **Case No. 3:25cr212-TKW**

**DARIN LEROY VANNESS**
_____/

## FACTUAL BASIS FOR GUILTY PLEA

The Defendant admits that if this case were to proceed to trial, the government could produce competent, substantial evidence of the following facts to prove the Defendant is guilty of the offense charged in the Indictment, which is incorporated herein as true and correct.

On November 14, 2021, law enforcement executed a search warrant at the defendant's grandmother's house in Milton, Florida, in relation to an aggravated assault investigation. During the execution of the search warrant, investigators located, in the Defendant's bedroom, a Winchester .22 caliber rifle, over 100 rounds of Remington 9 millimeter ammunition, over 90 rounds of .223 caliber ammunition, a safe, four 3D printers, multiple 3D printed pistol or rifle lower receivers or frames, multiple rifle parts, loaded extended pistol magazines, a 3D printed pistol, and other items. Law enforcement applied for and received a search warrant for the Defendant's safe. Upon execution, investigators located a loaded pistol made from

1


FILED IN OPEN COURT
5/21/26
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

a Glock slide and a 3D printed lower receiver/frame, a pistol made from a Ruger slide and a 3D printed lower receiver/frame, a loaded pistol made from a HiPoint slide with a 3D printed lower receiver/frame, multiple rounds of Remington 9 millimeter ammunition, a shipping label in the Defendant's name for a 3D printer, and other items.

An expert at ATF examined the Winchester .22 rifle, as well as the three 3D printed pistols located in the safe, and the ammunition. The expert determined the rifle was manufactured in Connecticut. The expert determined that the 3D printed firearms all contained 3D printed frames, and they contained a Glock 19X slide (manufactured in Austria), a Ruger SR9c slide (manufactured in Arizona), and a HiPoint C9 slide (manufactured in Ohio), respectively. All of the ammunition was also manufactured outside of the state of Florida.

The defendant is a convicted felon and knew he was a convicted felon at the time of the offense.

## ELEMENTS OF THE OFFENSES

The elements of possession of firearm by convicted felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), as charged in Count One, are:

*First:* The Defendant knowingly possessed a firearm or ammunition in or affecting interstate or foreign commerce; and

*Second:* Before possessing the firearm or ammunition, the defendant had been convicted of a felony-a crime punishable by imprisonment for more than one year; and

*Third:*   At the time the Defendant possessed the firearm or ammunition, the Defendant knew he had previously been convicted of a felony.


JOHN P. HEEKIN
United States Attorney


_____
VALERIE PREVATTE
Attorney for Defendant
Florida Bar No.: 110401
504 N. Baylen St.
Pensacola, FL 32501
(850) 444-7475

_____
JESSICA S. ETHERTON
Assistant U.S. Attorney
Northern District of Florida
Florida Bar No. 0070554
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

__4-21-26__
Date

__5/21/26__
Date


_____
DARIN LEROY VANNESS
Defendant
__4.21.26__
Date

3